201 P.3d 628

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Ramos | 28356 | 02/06/2009 | Vacated in part, remanded in part & affirmed in part |
| Vickery v. Hastert | 28586 | 02/13/2009 | Affirmed |
| Swift Securities Ltd. v. Yau | 28759 | 02/13/2009 | Affirmed |
| Director, Dept. of Labor and Indus. Relations v. Si-Nor, Inc. | 27497 | 02/18/2009 | Reversed |
| State v. Edralin | 29061 | 02/20/2009 | Vacated & remanded |
| Killion v. State | 29077 | 02/24/2009 | Affirmed |
| Bach v. Stogdell | 28652 | 02/27/2009 | Affirmed |